IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 04-cv-01149-RPM

MICHAEL ANDREW DARR,

        Plaintiff,

v.

DEBORAH JELIN NEWMYER,
as Personal Representative of the Estate of
ROBERT NEWMYER;
OUTLAW PRODUCTIONS, INC.; and
TOWN OF TELLURIDE, COLORADO,

        Defendants.

## ORDER FOR ENTRY OF FINAL JUDGMENT

Pursuant to the oral rulings at the hearing on defendants' motions for summary judgment on April 20, 2006, and the Order on Plaintiff's Motion for Summary Judgment Dismissing Counterclaim, entered today, it is

ORDERED that the Clerk of this Court shall enter a final judgment dismissing all of the plaintiff's claims with prejudice, and dismissing the counterclaim filed by Robert Newmyer with prejudice, with statutory costs to be awarded to the defendants.

Dated: April 21st, 2006

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge